Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 4/19/2018

Case: <u>Lucero v. Ta Ladadika Restaurant Corp. et al</u> 17 Civ. 3813 (VMS)

ECF Recording in 504N:   ☒ Telephone Conference       ☐ In-person Conference

12:27 - 12:45

<u>Counsel</u>: *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

<u>Conference Type</u>:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☒ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference    ☐ Other _____

<u>Further to the conference, discovery and other scheduling dates are as follows:</u>
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder          ☐ To be served        ☐ To be filed
    ☐ Complaint ☐ Answer                     ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference                          Date:              Time:
    ☐ In person ☐ Telephone (718) 613-2300   To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated           ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed          ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                      Date:              Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: <u>Lucero v. Ta Ladadika Restaurant Corp. et al</u> 17 Civ. 3813 (VMS)

Date: 4/19/2018

**Additional Orders:**

For the reasons stated on the record, especially the potentially viable counterclaims, the settlement agreement, including the mutual general release, is approved as fair & reasonable under the reasoning of Cheeks and its progeny.

The case is closed.

Page 2 of 2